## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

JASON KOSHER,
    Plaintiff

    vs

BUTLER COUNTY JAIL, et al.,
    Defendants

Case No. 1:12-cv-130

Weber, J.

**ORDER**

Plaintiff, who is currently incarcerated at the Butler County Jail in Hamilton, Ohio, has filed an application for leave to proceed *in forma pauperis* in connection with a civil complaint filed against the Butler County Jail and Dr. Abdulah. (Doc. 1). It appears that plaintiff's submissions are an attempt to comply with a Deficiency Order, as well as to file an amended complaint in another case arising from the same incident, which was previously filed by plaintiff with this Court against the same defendants. *See Jason Kosher v. Butler County Jail, et al.,* Case No. 1:12-cv-51 (S.D. Ohio) (Weber, J.; Bowman, M.J.).

Accordingly, the Clerk of Court is hereby **DIRECTED** to file plaintiff's *in forma pauperis* application and other submissions in the other previously-filed case (Case No. 1:12-cv-51), and to terminate the instant action. The complaint attached to the *in forma pauperis* application shall be construed as an amended complaint, which supercedes the original complaint filed in Case No. 1:12-cv-51.

      **IT IS SO ORDERED.**

Date: 2/21/12

cbc

_____
Herman J. Weber, Senior Judge
United States District Court